IN THE UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE THE
HONORABLE MARK A. BARNETT,
CHIEF JUDGE

| | |
|---|---|
| YINGLI ENERGY (CHINA) COMPANY LIMITED,<br><br>                Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>                Defendant,<br><br>      and<br><br>AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,<br><br>                Defendant-Intervenor. | Before: Hon. Mark A. Barnett,<br>          Chief Judge<br><br>Court No. 24-00131 |

## DEFENDANT-INTERVENOR AMERICAN ALLIANCE FOR SOLAR MANUFACTURING RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE AGENCY RECORD

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Paul A. Devamithran, Esq.

WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel for American Alliance for Solar Manufacturing*

May 13, 2025

Ct. No. 24-00131

# **TABLE OF CONTENTS**

Page

I.   INTRODUCTION ................................................................................................................ 1
II.  ARGUMENT ....................................................................................................................... 1
III. CONCLUSION .................................................................................................................... 1

## I.     INTRODUCTION

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade, Defendant-Intervenor American Alliance for Solar Manufacturing (the "Alliance") respectfully submits this brief in response to the 56.2 motion for judgment on the agency record filed by Plaintiff Yingli Energy (China) Company Limited ("Plaintiff"). *See* Pl's. Mot. for J. on the Agency Rec. Pursuant to Rule 56.2 (Mar. 27, 2025), ECF No. 31.

## II.     ARGUMENT

The Alliance agrees with and incorporates by reference the arguments set forth in the Response to Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record filed by Defendant, the United States ("Defendant"). *See* Def.'s Response to Pl's Mot. For J. on the Agency Rec. (Apr. 22, 2025), ECF No. 36. The Alliance does not wish to address issues and arguments that are substantively different from those addressed by Defendant in its brief. The Department of Commerce properly found that Plaintiff was not eligible for a separate rate in the administrative review at issue, and the Court should uphold the agency's finding.

## III.     CONCLUSION

For the reasons detailed in Defendant's response, the Alliance respectfully requests that the Court find the Department of Commerce's final results in the administrative review of the antidumping duty order on *Certain Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China*, covering the period December 1, 2021 through November 30, 2022, to be supported by substantial evidence and in accordance with the law.

Ct. No. 24-00131

          Respectfully submitted,

          */s/ Timothy C. Brightbill*
          Timothy C. Brightbill, Esq.
          Laura El-Sabaawi, Esq.
          Paul A. Devamithran, Esq.

          **WILEY REIN LLP**
          2050 M Street, NW
          Washington, DC 20036
          (202) 719-7000

          *Counsel for American Alliance for Solar Manufacturing*

May 13, 2025

Ct. No. 24-00131

CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Defendant-Intervenor American Alliance for Solar Manufacturing, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2016), is 245 words.

          */s/ Timothy C. Brightbill, Esq.*
          (Signature of Attorney)

          Timothy C. Brightbill
          (Name of Attorney)

          American Alliance for Solar Manufacturing
          (Representative Of)

          May 13, 2025
          (Date)